IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01359-BNB

ABDALLA AHMED,

    Plaintiff,

v.

HSS SECURITY,

    Defendant.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED June 18, 2010, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 18 2010

GREGORY C. LANGHAM
              CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01359-BNB

Abdalla Ahmed
6825 E. Cliff Ave. Apt 304
Denver, CO 80224

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/18/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk