IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01359-ZLW-MJW

ABDALLA AHMED,

Plaintiff,

v.

HSS SECURITY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the pro se plaintiff's Motion for Release of Information (Docket No. 24) is denied. Plaintiff must follow the appropriate Federal Rules of Civil Procedure to obtain such discovery. This court cannot act as the plaintiff's advocate.

Date: September 15, 2010