IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01359-ZLW-MJW

ABDALLA AHMED,

Plaintiff,

v.

HSS SECURITY,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Parties Unopposed Joint Motion for Entry of Attached Joint and Stipulated Protective Order (docket no. 28) is GRANTED finding good cause shown. The written Joint and Stipulated Protective Order (docket no. 28-1) is APPROVED .

Date: September 17, 2010