# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-01359-ZLW-MJW

ABDALLA AHMED,

    Plaintiff,

v.

HSS INC.,

    Defendant.

KHADIGA HANFAREY,

    Interested Party

## ORDER FOR DISMISSAL WITH PREJUDICE AND TO RETAIN JURISDICTION

The Court, having reviewed the parties' Unopposed Joint Motion for Dismissal with Prejudice and to Retain Jurisdiction, and being advised in the premises, hereby ORDERS:

The Unopposed Joint Motion for Dismissal with Prejudice and to Retain Jurisdiction (Doc. No. 33) is granted.

This case is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

The U.S. District Court for the District of Colorado retains jurisdiction to resolve any dispute between the parties pertaining to their agreement to resolve this action

Dated this 4th day of October, 2010.

*/s/ Zita Leeson Weinshienk*
_____
Hon. Zita L. Weinshienk
U.S. District Court Judge